```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 02224
  GUSTAVO GONZALEZ
                                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK

       Debtor
  SSN XXX-XX-9684
```

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/31/08 and confirmed on 04/02/08.

   2.  The case was converted to Chapter 7 after confirmation, 08/28/2008.

   3.  The Debtor paid a total of $  1707.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | .00 | .00 | .00 |
| CHASE HOME FINANCE | SECURED | .00 | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| BANANA REPUBLIC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT LOAN SERVICING CE | UNSECURED | .00 | .00 | .00 |
| EDDIE BAUER FNCB | UNSECURED | NOT FILED | .00 | .00 |
| EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| GAP | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| WFNNB/HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| IKEA RETAIL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| LINENS & THINGS | UNSECURED | NOT FILED | .00 | .00 |
| MACYS | UNSECURED | NOT FILED | .00 | .00 |
| MENARDS/HRS | UNSECURED | NOT FILED | .00 | .00 |
| NEW YORK & CO | UNSECURED | NOT FILED | .00 | .00 |
| OFFICE DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| OLD NAVY | UNSECURED | NOT FILED | .00 | .00 |

```
TARGET                        UNSECURED        NOT FILED              .00            .00
TOYS R US                     UNSECURED        NOT FILED              .00            .00
UNION PLUS                    UNSECURED        NOT FILED              .00            .00
VICTORIAS SECRET              UNSECURED        NOT FILED              .00            .00
WASHINGTON MUTUAL CARD S      UNSECURED        NOT FILED              .00            .00
WASHINGTON MUTUAL CARD S      UNSECURED        NOT FILED              .00            .00
WELLS FARGO FINANCIAL         UNSECURED        NOT FILED              .00            .00
WELLS FARGO FINANCIAL BA      UNSECURED        NOT FILED              .00            .00
           Summary of disbursements:
------------------------------------------------------------------------------------
                       SECURED       PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00             .00          .00          .00           .00
PRINCIPAL PAID            .00             .00          .00          .00           .00
INTEREST PAID             .00             .00          .00          .00           .00
TOTAL PAID                .00             .00          .00          .00           .00
```

The Debtor's attorney, PATRICK A MESZAROS           , was allowed $   3500.00
and was paid $    700.00   direct and $   1608.00   through the plan.

The Trustee received $      99.00 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


      Dated: 11/13/08              /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 08 B 02224 GUSTAVO GONZALEZ